**Order filed, January 21, 2015.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-15-00034-CV

———————

**DIANE CRUMLEY DEE; DINA CRUMLEY WHITE AS DEPENDENT ADMINISTRATOR OF THE ESTATE OF MARIE BARNES CRUMLEY; AND BRIDGET D. ELLIOTT AS TRUSTEE OF BC TRUST, Appellant**

**V.**

**CROSSWATER YACHT CLUB, LP; CROSSWATER YACHT CLUB MANAGEMENT, LLC; AND HARBOR VENTURES, INC., Appellee**

**On Appeal from the 126th District Court
Travis County, Texas
Trial Court Cause No. D-1-GN-09-000550**

## ORDER

The reporter's record in this case was due **December 30, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Dora Canizales**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM